## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| JASON AND JENNIFER TUCKER, individually and as parents of J.T., a minor,<br><br>                              Plaintiffs,<br><br>vs.<br><br>QUALITY EGG, LLC, d/b/a "Wright County Egg," an Iowa limited liability company;<br><br>                              Defendant. | Case No.: 3:10-cv-03060-MWB |

### STIPULATION TO DISMISS OF DISMISSAL WITH PREJUDICE

The above-captioned parties, through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41, hereby stipulate to the dismissal of Defendant Quality Egg, LLC, with prejudice.

MARLER CLARK, LLP, PS
*Attorneys for Plaintiffs*

By:    /s/ David W. Babcock
       David W. Babcock, Esq.


WANDRO, BAER & MCCARTHY, P.C.
*Attorneys for Plaintiffs*

By:    /s/ Steven P. Wandro
       Steven P. Wandro, Esq.


BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.
*Attorneys for Defendant*

By:    /s/ Sean M. O'Brien
       Sean M. O'Brien, Esq.

# **ORDER**

This matter having come before the court as stipulated by and between the parties, and the court having read the stipulation and being thereby fully advised:

Now, therefore, it is hereby

ORDERED, ADJUDGED, and DECREED that all claims asserted by all parties to this action, are hereby dismissed, with prejudice, and without award of costs to any party.

DATED this _____ of _____, 2012

By: _____

THE HONORABLE